# UNITED STATES DISTRICT COURT

for the
Middle District of Florida
ocala Division

FILED
2020 SEP -4 PM 12: 12

Lenncy W. Jeudy
*Petitioner*

v.

Bureau of Prisons
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 5:20-cv-417 OC 37PRL
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Lenncy W. Jeudy
   (b) Other names you have used: lency Jeudy
2. Place of confinement:
   (a) Name of institution: Federal correctional complex coleman Medium
   (b) Address: P.O. Box 1032 coleman Fl. 33521
   (c) Your identification number: 06736-104
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: united states District court southern District of Florida 400 N. Miami Ave, Miami Fl. 33128
   (b) Docket number of criminal case: 14-20620-cr-scola-2, 18-60160-cr-Middlebrook
   (c) Date of sentencing: 09/18/2018
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☐ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☐ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: case managers (unit team) P.O. Box 1032, Coleman, Fl. 33521 (Coleman Medium) T. west
   (b) Docket number, case number, or opinion number: 971031-F1 (BP8)
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: I'm challenging The decision from DSCC denied my request for a Borden review on 12-7-2018 stated my computation and [illegible] arrested date was corrected.
   (d) Date of the decision or action: 02/28/19

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: The warden (BP9) John P. Yates
   (2) Date of filing: 3/14/2019
   (3) Docket number, case number, or opinion number: 971031-F1
   (4) Result: Denied
   (5) Date of result: 4/11/2019
   (6) Issues raised: I'm request to correct my arrest date and release date according to PSI 2018, paragraph 31, 37, 47, I was arrested on June 8 2017 by ice and brought to federal custody. DSCC Failed to follow its policies and regulation in calculating the credit time served to which Mr. Jeudy lawfully entitled. see decision case NO. 14-cr-20620 (doc 88)

(motion granted For credit time served as to lency Jeudy(2))

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Regional office Attn: Regional Director, 3800 CAmp creek Parkway, SW, Building 2000, Atlanta GA 30331

(2) Date of filing: 8-16-2019

(3) Docket number, case number, or opinion number: 971031-R2 (Bp 10)

(4) Result: unknow

(5) Date of result: 10-15-2019

(6) Issues raised: my release and arrested date is incorrect, I'm respectfully requested to correct my release date. According to the decision from The united states District court southern District of Florida My release date is incorrect. see decision case No. 14-cr-20620-RNS (Motion granted For credit time served)

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: central office

(2) Date of filing: 01-22-2020

(3) Docket number, case number, or opinion number: 971031-A1

(4) Result: reject

(5) Date of result: 02/04/2020

(6) Issues raised: request to correct my release and arrested date DSCC Failed to calculating The credit time served.

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☑ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result: ____________________

(5) Date of result: ____________________

(6) Issues raised: ____________________

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ____________________

(b) Name of the authority, agency, or court: ____________________

(c) Date of filing: ____________________

(d) Docket number, case number, or opinion number: ____________________

(e) Result: ____________________

(f) Date of result: ____________________

(g) Issues raised: ____________________

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: I'm respectfully request to correct my arrested and release date. see Attachment # A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

see Attachment A

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes ☐ No

**GROUND TWO:** my release date is incorrect. I'm requesting that an nunc pro tunc computation to correct the error. where DCSS Failed to Follow policies statement 5160.08 calculating the credit time served.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

see Attachment A (The Facts Supporting the Claim)

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes ☐ No

**GROUND THREE:** see Attachment A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See Attachment A

(b) Did you present Ground Three in all appeals that were available to you?

☑ Yes ☐ No

**GROUND FOUR:** See Attachment A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

see Attachment A

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Mr. Jeudy respectfully request that based on all of the above stated reasons: This Honorable Judge can exercise discretion and issue an order order B.O.P to calculate the credit time served. Award Jeudy his reasonable attorney's fees, cost and other expenses pursuant to 28 U.S.C 2412, and other applicable law; and grant any and all such other relief as the court deems Just and equitable.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

09/02/2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 09/01/2020

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Attachment # A

Mr. Jeudy stated that on orabout February 28 2019 He Submitted a BP8 To counselor T-west. And on March 14 2019, He Filed a Bp9 to the warden. Due to delay, Mr. Jeudy Submitted his administrative remedy ID # 971031-R2 (BP10) To the inspector general on August 16 2019 and The inspector general extension The time For response on october 15, 2019. it has been more then 90 days, The inpector general Failed to response and served him with a copie of The administrative decision. on about January 22 2020, He submitted a (Bp11) To The central office later on February 04 2020, The central office reject his administrative remedy ID # 971031-A1. Mr. Jeudy administrative remedy stated the Follow: Accordingly, to his PSI 2018, Paragraph 31, 32, 47 and sentence transcript Pg 8 (Case NO. 18-60160); and decision From Judge scola case No: 14-20620-cr-scola-2 (Motion granted For credit time served) his arrest and release date is incorrected. He requested to correct his arrest and release date base on those Facts. Mr. Jeudy was arrested on June 8 2017 by ICE and brought to Federal Custody. However, on July 3rd 2017 He was Transferred To Krome Processing center (KRO1706000198) until now his arrest was in connection with case No. 18-60160, and Violation OF probation case No # 14-20620. Since July 3rd 2017 no documents show Jeudy was release From immigration custody. see PSI 2018 paragraph 47 (Continuous Custody Since June 8 2017); so therefore Mr. Jeudy sentence should have beging on (July 3rd 2017). Due To these Foregoing Facts and Statement. see case No. 14-20620 (doc. 88) Motion granted For credit time served as to lency Jeudy (2). Jeudy release date is incorrect. DSCC and B.O.P. Failed to Follow there policies statements 5620, 5100.08, 1210.20, PS 1290.04, 133.18, 5800.11, 15(c) and regulation in calculating The credit time served to which Mr. Jeudy lawfully entitled.

[signature]

MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Abigail Emily Becker (abigail_becker@fd.org, veronica_orozco@fd.org), Eloisa Delgado Fernandez (caseview.ecf@usdoj.gov, eloisa.d.fernandez@usdoj.gov, emerlin.diaz@usdoj.gov, usafls-hqdkt@usdoj.gov), Francisco Raul Maderal, Jr (frank@colson.com), Martin Alan Feigenbaum (innering2020@gmail.com, innering@aol.com, miamivicelaw@aol.com, votemarty2014@gmail.com), David Samuel Turken (beatrice.bishop@usdoj.gov, caseview.ecf@usdoj.gov, david.turken@usdoj.gov, usafls-hqdkt@usdoj.gov), Judge Robert N. Scola, Jr (scola@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<18266835@flsd.uscourts.gov>
Subject:Activity in Case 1:14-cr-20620-RNS USA v. Polo et al Order on Motion for Miscellaneous Relief
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 12/6/2018 at 10:34 AM EST and filed on 12/6/2018
**Case Name:** USA v. Polo et al
**Case Number:** 1:14-cr-20620-RNS
**Filer:**
**Document Number:** 88(No document attached)

**Docket Text:**
**PAPERLESS ORDER granting in part and denying in part [87] Motion for Credit Time Served as to Lency Jeudy (2). Jeudy admitted violating his supervised release in this case and was sentenced by this Court to 12 months in prison, concurrent with case number 18-60160. In this motion, he is asking that he be credited for time served. To the extent the Defendant is seeking credit for time served, the Court grants the motion and rules Defendant should receive credit for all time served to which he is lawfully entitled. To the extent the Defendant seeks an order from the Court calculating the credit time served, the motion is denied. The Bureaus of Prisons shall calculate the credit time served to which he is lawfully entitled. Signed by Judge Robert N. Scola, Jr (RNS)**

**1:14-cr-20620-RNS-2 Notice has been electronically mailed to:**

Abigail Emily Becker    abigail_becker@fd.org, veronica_orozco@fd.org

David Samuel Turken    david.turken@usdoj.gov, beatrice.bishop@usdoj.gov, CaseView.ECF@usdoj.gov, USAFLS-HQDKT@USDOJ.GOV

Eloisa Delgado Fernandez    eloisa.d.fernandez@usdoj.gov, CaseView.ECF@usdoj.gov, emerlin.diaz@usdoj.gov, usafls-hqdkt@usdoj.gov

Francisco Raul Maderal , Jr    frank@colson.com

**1:14-cr-20620-RNS-2 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Lency Jeudy(Terminated)
06736-104
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1032
Coleman, FL 33521

09/01/2020

To whom it may concern

Due to institution lockdown cause of covi-19 Mr. Jeudy do not have access legal material so therefore He can't provide the clerk with any additional copies. Sorry.

Lenncy W. Jeudy
FCC Coleman Medium

Lenncy W. Jeudy, #06736-104
Federal Correctional complex- Coleman Medium
P.O. Box 1032 Coleman Fl. 33521

TAMPA

FOREVER USA FOREVER USA

ENED
USMS

United States District court
Golden-Collum Memorial Federal
Building & US courthouse
207 NW 2ND Street, Room 337
Ocala, Fl. 34475

34475-3603 3029