UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LENNCY W. JEUDY,

    Petitioner,

v.         Case No: 5:20-cv-417-Oc-37PRL

WARDEN, FCC COLEMAN - MEDIUM

    Respondent.
_____

ORDER DISMISSING CASE

THIS CAUSE is before the Court on Petitioner Lenncy W. Jeudy's Petition for Writ of Habeas Corpus (Doc. 1) filed under 28 U.S.C. § 2241. However, Petitioner failed to pay the required filing fee or file a request to proceed as a pauper within thirty days of filing. *See* Doc. 2 at 1-2 (warning that a prisoner case will be subject to dismissal if the filing fee is not paid or an application to proceed IFP is not filed within 30 days of filing).

It is **ORDERED** and **ADJUDGED**:

1. This case is **DISMISSED** without prejudice.[1]

2. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** at Orlando, Florida, on October 13, 2020.

---

[1] *See* Local Rule 1.03(e) (authorizing *sua sponte* dismissal of prisoner cases if the filing fee or *in forma pauperis* application is not filed within 30 days of the start of the action); *see also* 28. U.S.C. § 1914(a).

- 2 -



ROY B. DALTON JR.
United States District Judge

Copies furnished to:
Unrepresented Party